# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131066(39)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GARY FRANCIS FREEMAN BAUBLITZ,
     Defendant-Appellant.

SC: 131066
COA: 263118
Lenawee CC: 81-021336-FY

_____/

On order of the Court, the motion for reconsideration of this Court's September 26, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

d0122

_____
Clerk